**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| STEVEN L. KLIEGMAN, | No. CV 11-0138 NJV |
| Plaintiff, | **ORDER GRANTING EXTENSION TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| COUNTY OF HUMBOLDT, | (Docket No. 13) |
| Defendant. | |

On June 1, 2011, Defendant County of Humboldt filed a motion to dismiss. Doc. No. 13. On June 17, 2011, Plaintiff Steven Kliegman, who is proceeding pro se, filed a motion requesting an extension to file his response due to an illness. Doc. No. 20. The Court grants Plaintiff's request. Plaintiff's response to Defendant's motion to dismiss must be filed by Tuesday, July 5, 2011. Defendant's reply is due seven (7) days after Plaintiff's response is filed. The Court will interpret Plaintiff's failure to respond as his non-opposition to Defendant's motion.

**IT IS SO ORDERED.**

Dated: June 21, 2011

NANDOR J. VADAS
United States Magistrate Judge